**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JOHN WILEY & SONS, INC.,

Plaintiff,

-against-

NICE GLOBAL LLC,

Defendant.

------------------------------------------------------------x

25-CV-2662 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of parties' letters regarding the parties' inabilities to adhere to agreed upon discovery deadlines at ECF Nos. 71, 74, 75, and 76. The Court will hold a status conference in this matter on **Thursday, October 1, 2026, at 11:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Parties are directed to file a joint agenda by Monday, September 28, 2026, updating the Court on the issues raised in their letters, additional meet and confer efforts, and **specific issues** ripe for adjudication at the Conference. If necessary, parties may propose updated discovery deadlines.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 15, 2026
New York, New York